UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CRISTAL VERA,**

   Plaintiff,

v.                                                                      No. 4:21-cv-0850-P

**11000 REEDER, LLC D/B/A BUCKS WILD, ET AL,**

   Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order of Dismissal (ECF No. 23):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with PREJUDICE**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **14th day** of **January, 2022.**

                                                    _____
                                                    Mark T. Pittman
                                                    United States District Judge